1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

| ANDREW KAMINSKI, | Case No. SACV 10-1345-DOC (MLGx) |
|---|---|
| Plaintiff, | [Assigned for All Purposes To: David O. Carter] |
| v. | |
| RALPHS GROCERY COMPANY, an Ohio corporation; UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 324; SHERYL NAGEL; DOES 1 through X, inclusive, | **ORDER DISMISSING COMPLAINT AGAINST DEFENDANT RALPHS GROCERY COMPANY WITHOUT PREJUDICE** |
| | [Filed Concurrently with Joint Stipulation for Dismissal] |
| Defendants. | |

19
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

503137308

PROPOSED ORDER
CASE NO.  SACV 10-1345-DOC (MLGX)

1   The joint stipulation of the parties to dismiss Plaintiff Andrew Kaminski's
2   ("Kaminski") entire complaint against Defendant Ralphs Grocery Company
3   ("Ralphs") has been considered without a hearing in this case.
4   **IT IS ORDERED** that:
5   1.  The Joint Stipulation for Dismissal is hereby GRANTED;
6   2.  Kaminski's contract claims against Ralphs are dismissed, with prejudice;
7   and
8   3.  The remaining claims in Kaminski's complaint against Ralphs are also
9   dismissed, without prejudice, so that the parties may resolve their disputes through
10  binding arbitration.

DATED: NOVEMBER 17, 2010          */s/ David O. Carter*
                                  _____
                                  HONORABLE DAVID O. CARTER
                                  UNITED STATES DISTRICT COURT
                                  JUDGE