JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KAMINSKI,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>RALPHS GROCERY COMPANY, an Ohio Corporation; UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL No. 324; SHERYL NAGEL; and DOES I through X, Inclusive,<br><br>　　Defendants.<br><br>UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL No. 324.<br><br>　　Counterclaimant,<br><br>　　vs.<br><br>ANDREW KAMINSKI,<br><br>　　Counterdefendant. | Case No. SACV 10-1345-DOC (MLGx)<br><br>ORDER DISMISSING FIFTH CAUSE OF ACTION AND COUNTERCLAIM PURSUANT TO STIPULATION |

　　Upon the stipulation of Plaintiff and Counterdefendant Andrew Kaminski ("Kaminski"), by his attorney, William M. Crosby of Barnes, Crosby, Fitzgerald & Zeman LLP, and defendant and counterclaimant United Food & Commercial Workers

Union, Local 324 ("Local 324"), by its attorney Robert A. Cantore of Gilbert & Sackman, a Law Corporation,

IT IS HEREBY ORDER that:

1. The fifth cause of action alleged in Kaminski's complaint, for breach of the fiduciary duty of fair representation against Local 324, as well as any cause of action or claim for relief which Kaminski could have brought against Local 324, shall be and is hereby dismissed with prejudice.

2. Local 324's counterclaim against Kaminski for breach of contract (its bylaws and the constitution of the United Food and Commercial Workers International Union), as well as any cause of action or claim for relief which Local 324 could have brought against Kaminski, shall be and is hereby dismissed with prejudice.

3. Each of these parties shall bear their own costs and attorney's fees with respect to this action.

DATED: November 18, 2010

*David O. Carter*
United States District Judge